**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00284-CV**
_____

**KARA SPEZIALE, Appellant**

**V.**

**WOODFOREST OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-04-05002-CV**

**MEMORANDUM OPINION**

On May 24, 2024, the trial court signed a final judgment dismissing with prejudice Kara Speziale's lawsuit against Woodforest Owners Association, Inc. and awarding the Association attorney's fees in the amount of $8,518.50. Speziale filed a notice of appeal on August 22, 2024. After Speziale filed her notice of appeal, Woodforest Owners Association, Inc. challenged this Court's jurisdiction in a motion to dismiss. Speziale did not respond to the motion to dismiss the appeal.

1

The trial court granted a motion to dismiss under the Texas Citizens Participation Act. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 27.005(b). "An appellate court shall expedite an appeal or other writ, whether interlocutory or not, from a trial court order on a motion to dismiss a legal action under Section 27.003 or from a trial court's failure to rule on that motion in the time prescribed by Section 27.005." *Id*. § 27.008(b). When an appeal is expedited by statute, the notice of appeal must be filed within 20 days of the date the motion is ruled upon by court order or by operation of law. *See id.*, *see also* Tex. R. App. P. 26.1(b), 28.1(a). Speziale failed to file a notice of appeal within the time required by Rule 26.1(b), and she further failed to file a notice of appeal within the time this Court may grant an extension of time for filing a notice of appeal for an accelerated appeal. *See* Tex. R. App. P. 26.3. Accordingly, we grant Appellee's motion to dismiss and we dismiss the appeal for lack of jurisdiction. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 30, 2024
Opinion Delivered October 31, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.

2